UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor Villegas,

       Petitioner,

v.                                                                                            Civil No. 08-176 (JNE/JSM)
                                                                                       ORDER

Duke Terrell, Warden,

       Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on June 15, 2009. The magistrate judge recommended that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (2006) be denied and that this case be dismissed with prejudice. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.       Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DENIED.

    2.       This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 16, 2009

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge